**LI QIU DONG, Zhi Wen Dong, Plaintiffs–Appellants,**

v.

**Michael MUKASEY, Michael Chertoff, Secretary, Dep't of Homeland Security,\* Defendants–Appellees.**

**No. 05–5567–cv.**

United States Court of Appeals, Second Circuit.

July 24, 2008.

Theodore N. Cox, New York, N.Y., for Plaintiffs–Appellants.

F. James Loprest, Jr., Special Assistant United States Attorney (David S. Jones, Assistant United States Attorney, of counsel), for Michael J. Garcia, United States Attorney for the Southern District of New York, New York, N.Y., for Defendants–Appellees.

PRESENT: Hon. GUIDO CALABRESI, Hon. CHESTER J. STRAUB and Hon. B.D. PARKER, Circuit Judges.

## SUMMARY ORDER

**AFTER ARGUMENT AND UPON DUE CONSIDERATION** of this appeal from a judgment entered in the United States District Court for the Southern District of New York (Baer, *J.*), it is hereby **ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **DISMISSED**.

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Michael Mukasey has been substituted for former Attorney General Alberto R. Gonzales, and Secretary of Homeland Security Michael Chertoff has been substituted for former Secretary Thomas Ridge, as the respondents in this case.

As specified by the parties at oral argument, this case is now moot. We therefore DISMISS it.